# UNITED STATES BANKRUPCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: RAYMOND CARBONE  : Case No. 17-13331-jkf

DEBTOR

## ORDER

AND NOW, this 14th day of May, 2019, upon consideration of the Motion to Reopen the Chapter 7 Bankruptcy of debtor Raymond Carbone, and after hearing thereon, it is hereby ORDERED and DECREED that the Motion is GRANTED.  The Chapter 7 Bankruptcy is opened for the limited purpose of the creditor, John Antonucci, to file an Adversary action to revoke the debtor's discharge.

BY THE COURT:

Hon. Jean K. FitzSimon,    U.S.B.J.